# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 20-13735

_____

LANDCASTLE ACQUISITION CORP.,

Plaintiff-Appellee,

*versus*

RENASANT BANK,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 2:17-cv-00275-RWS

_____

2                          Order of the Court                  20-13735

Before WILLIAM PRYOR, Chief Judge, WILSON, JORDAN, ROSENBAUM, JILL PRYOR, NEWSOM, BRANCH, GRANT, LUCK, LAGOA, and BRASHER, Circuit Judges.

BY THE COURT:

A petition for rehearing having been filed and a member of this Court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in active service on this Court having voted against granting rehearing en banc, it is ORDERED that this case will not be reheard en banc.